# United States District Court

NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 3:18-CR-00401-S |
| | § | |
| ANDREW HILLMAN (01) | § | |
| SEMYON NAROSOV (02) | § | |

## ORDER

On this day the Court considered the Government's Motion to Dismiss Indictment (ECF No. 38) as to Andrew Hillman and Semyon Narosov. The Court GRANTS the motion and hereby dismisses the Indictment as to Andrew Hillman and Semyon Narosov only.

SIGNED this 18th day of April, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE